# UNITED STATES DISTRICT COURT

for

EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

**U.S.A. vs. Jessie Johnson Jr.**                                                                                 **Docket No. 5:12-MJ-1618-1**

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Mindy L. Threlkeld, probation officer of the court, presenting an official report upon the conduct of defendant, Jessie Johnson, who was placed under pretrial release supervision by the Honorable William A. Webb, U.S. Magistrate Judge, sitting in the Court at Fayetteville, NC, on the 11th day of September, 2012, under the following conditions:

- Report to the probation office or supervising officer as directed.

- Refrain from any use of alcohol.

- Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

- Submit to any testing required by the pretrial services office or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which are required as a condition of release.

- Participate in a program of inpatient or outpatient substance abuse therapy and counseling if the pretrial services office or supervising officer considers it advisable.

- Report as soon as possible to the supervising officer any contact with law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** As previously reported, the defendant has admitted to drinking alcohol while on bond, specifically on January 23, 2013, when beer bottles were observed in his residence. Since the last report to the court, the defendant has admitted to drinking alcohol on February 5, 2013. He is enrolled in outpatient substance abuse counseling with our service provider and has missed appointments on October 15, November 14, December 13, 2012, and February 4, 2013. Additionally, the defendant was enrolled in intensive outpatient substance abuse treatment through the VA, with the understanding that this treatment would assist in getting him enrolled in inpatient treatment. The defendant has failed to attend the first two appointments and is no longer eligible for services due to his non compliance.

Jessie Johnson Jr.
Docket No. 5:12-MJ-1618-1
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that a hearing be scheduled to determine if the defendant's bond should be revoked.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton | /s/Mindy L. Threlkeld |
| Robert L. Thornton | Mindy L. Threlkeld |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: (910) 483-8613 |
| | Executed On: February 6, 2013 |

### ORDER OF COURT

Considered and ordered this 8th day of February, 2013, and ordered filed and made a part of the records in the above case.

William A. Webb
U.S. Magistrate Judge